**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of September, two thousand twenty-two.

Before:    Reena Raggi,
           Richard C. Wesley,
           William J. Nardini,
                *Circuit Judges.*

_____

Estate of Eitam Henkin, et al.

    Plaintiffs-Appellees,

v.

Kuveyt Türk Katilim Bankasi A.Ş.

    Defendant-Appellant.

_____

**ORDER**

Docket No. 21-513

This appeal from an interlocutory order is before the Court on certification by the United States District Court for the Eastern District of New York (Cogan, *Judge*) under 28 U.S.C. § 1292(b), and on an order granting leave to appeal by a panel of this Court. In light of this Court's subsequent decisions in *Honickman v. BLOM Bank SAL*, 6 F.4th 487 (2d Cir. 2021); *Kaplan v. Lebanese Canadian Bank, SAL*, 999 F.3d 842 (2d Cir. 2021); and *Weiss v. Nat'l Westminster Bank, PLC.*, 993 F.3d 144 (2d Cir. 2021), *cert. denied*, 142 S. Ct. 2866 (2022), it is ordered that the appeal is dismissed as improvidently granted and remanded for further proceedings in the district court consistent with these decisions.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 10/20/2022