UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ESTATE OF EITAM HENKIN, et al., :
:
        Plaintiffs, :    Case No. 19-cv-05394 (BMC)
:
-against- :
:
KUVEYT TÜRK KATILIM BANKASI A.Ş., :
:
        Defendant. :
:

---

# NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law In Support of Plaintiffs' Motion For Reconsideration of the Court's July 28, 2023, Memorandum Decision and Order, and all the prior pleadings and proceedings herein, Plaintiffs, by and through its undersigned attorneys, will move this Court before the Honorable Brian M. Cogan, U.S.D.J., at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order pursuant to Local Civil Rule 6.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, granting Plaintiffs' motion for reconsideration of this Court's July 28, 2023, Memorandum Decision and Order granting Defendant Kuveyt Türk Katilim Bankasi A.Ş.'s motion to dismiss the amended complaint for lack of personal jurisdiction and July 31, 2023, Judgment, and for such other and further relief as the Court may deem just and proper.

Dated: August 14, 2023
Hackensack, New Jersey

Respectfully submitted,

/s/ Gary M. Osen
Gary M. Osen
Michael Radine
Ari Ungar
Dina Gielchinsky
Aaron Schlanger
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601
Tel: (201) 265-6400
Fax: (201) 265-0303

Michael A. Petrino (*pro hac vice*)
Jonathan E. Missner (*pro hac vice*)
STEIN MITCHELL BEATO & MISSNER LLP
2000 K St NW, Suite 600
Washington, D.C. 20006
Tel: (202) 737-7777
Fax: (202) 296-8312

Gavriel Mairone
Adora Sauer (*pro hac vice*)
MM~LAW LLC
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590

*Counsel for Plaintiffs*
