UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF EITAM HENKIN, *et al.* : <br> : <br> Plaintiffs, : <br> : <br> -against- : <br> : <br> KUVEYT TÜRK KATILIM BANKASI A.Ş., : <br> : <br> Defendant. : <br> : | No. 19-cv-05394-BMC |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Plaintiffs' Motion to Compel Defendant to Answer and Produce Documents Responsive to Plaintiffs' Initial Discovery, the Declaration of Kevin Attridge, both executed on May 19, 2025, together with the exhibits thereto and proposed order, and all prior pleadings and proceedings had here, Plaintiffs, by and through their undersigned counsel, will move this Court, before the Honorable Brian M. Cogan, U.S.D.J., at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order pursuant to Fed. Rs. Civ. P. 26 and 34, to compel the production of the documents and information that Defendant has refused to produce based upon: (1) prohibitions imposed by Turkish bank secrecy laws; and (2) relevance, burden, and proportionality objections.

Dated: May 19, 2025                              Respectfully Submitted,

                                                           */s/ Kevin L. Attridge*
                                                           Jonathan E. Missner (*pro hac vice*)
Robert B. Gilmore (*pro hac vice*)
Kevin L. Attridge (*pro hac vice*)
STEIN MITCHELL BEATO & MISSNER LLP
2000 K Street, Suite 600
Washington, D.C. 20006
Telephone: (202) 737-7777
Facsimile: (202) 296-8312

Gary M. Osen
Ari Ungar
Michael Radine
Dina Gielchinsky
Aaron Schlanger
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601
Tel: (201) 265-6400
Fax: (201) 265-0303

Gavriel Mairone
MM~LAW LLC
980 North Michigan Avenue, Suite 1400
Chicago, IL 60611
Tel: (312) 253-7444
Fax: (312) 275-8590

*Counsel for Plaintiffs*