UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTATE OF EITAM HENKIN, *et al.* : <br> : <br> Plaintiffs, : <br> : <br> -against- : <br> : <br> KUVEYT TÜRK KATILIM BANKASI A.Ş., : <br> : <br> Defendant. : <br> : | No. 19-cv-05394-BMC |

## DECLARATION OF KEVIN ATTRIDGE

1. I am an attorney with the law firm of Stein Mitchell Beato & Missner LLP, counsel to Plaintiffs in the above-captioned matter. I submit this declaration and the exhibits attached hereto in support of Plaintiffs' Motion to Compel Defendant to Answer and Produce Documents Responsive to Plaintiffs' Initial Discovery.

2. Attached hereto as **Exhibit A** is a true and correct copy of a list of 92 individuals and entities listed in Plaintiffs' First Set of Requests for the Production of Documents that were not identified as Defendant's accountholders in the First Amended Complaint, together with brief summaries of their relationship to Hamas.

3. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' First Set of Requests for Production, which were served on Defendant on February 6, 2025.

4. Attached hereto as **Exhibit C** is a true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Requests for Production, which were served on Defendant on March 24, 2025.

5. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiffs' First Set of Interrogatories, which were served on Defendant on February 6, 2025.

6. Attached hereto as **Exhibit E** is a true and correct copy of Defendant's Responses and Objections to Plaintiffs' First Set of Interrogatories, which were served on Defendant on March 24, 2025.

7. Attached hereto as **Exhibit F** is a true and correct copy of e-mail correspondence between Plaintiffs' and Defendant's counsel regarding the parties' meet-and-confer process, dated from April 28, 2025 to May 19, 2025.

I declare under penalty of perjury that the foregoing statements are true and correct. Executed on May 19, 2025

*/s/ Kevin L. Attridge*