

**Stein Mitchell Beato & Missner** LLP

KEVIN L. ATTRIDGE
kattridge@steinmitchell.com | Direct 202.601.0907

| 2000 K Street, NW Suite 600 Washington, DC 20006 | **P** 202.737.7777 **F** 202.296.8312 | www.steinmitchell.com |

May 1, 2026

**VIA ECF**

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    Submission of Joint Proposed Second Amended Discovery Schedule
*Estate of Eitam Henkin, et al. v. Kuveyt Bank*, No. 1:19-cv-05394-BMC

Dear Judge Cogan:

Pursuant to the Court's April 24, 2026 Order Bifurcating Liability and Damages Discovery, ECF No. 122, Kuveyt Türk Katılım Bankası A.Ş. and Plaintiffs (together, the "Parties") jointly submit a Proposed Second Amended Discovery Plan ("Proposed Plan").

Attached hereto as Exhibit A is the Proposed Plan reflecting the Parties' discovery bifurcation agreement. Notably, the Parties currently have very different views on the scope and satisfactory nature of Defendant's document production. The Proposed Plan thus incorporates time for the Parties to attempt to narrow their disputes, or at least clarify the scope of their disagreements. The proposed schedule reflects the strong likelihood that the Parties will require significant time to resolve and brief these issues.

The Parties thank the Court for its consideration of this request.

Respectfully Submitted,

 */s/ Kevin L. Attridge*
Kevin L. Attridge (*pro hac vice*)

*Counsel for Plaintiffs*

Attachments:  Exhibit A - Joint Proposed Second Amended Discovery Plan