# EXHIBIT A

| *Henkin et al. v. Kuveyt Türk Katılım Bankası A.Ş.* | | |
| :-- | :-- | :-- |
| **PROPOSED SECOND AMENDED DISCOVERY PLAN FOR LIABILITY PHASE OF DISCOVERY** | | |
| **Discovery Action** | **Previous Completion Date As Set Forth in Order Extending Discovery Schedule (ECF No. 113)** | **Proposed Revision** |
| Completion of Fact Document Discovery | Thursday, April 30, 2026 | **April 30, 2026** |
| Deadline to complete Meet & Confer discussions on outstanding discovery disputes | | **May 26, 2026** |
| Deadline to file motions to compel and any protective order motions relating to Turkish bank secrecy or assertion of attorney-client privilege or other protections. | | **June 30, 2026** |
| Deadline to file oppositions to motions to compel and to any protective order motions described above. | | **July 30, 2026** |
| Deadline to file replies in support of motions to compel and any protective order motions described above. | | **August 17, 2026** |
| Completion of Fact Discovery (which includes fact witness depositions, written discovery, nonparty discovery) and deadline to file motions to compel and any protective order motions relating to Fact Discovery | 240 days after completion of Fact Document Discovery (i.e. Monday, December 28, 2026) | **210 days after the later of (a) the Court decision(s) on motion(s) to compel or (b) the last document production (if any) subject to the Court decision(s) on motion(s) to compel** |

| Completion of Expert Discovery | Deadline for submitting the proposal to the Court: Monday, November 30, 2026 | **Deadline for submitting a proposed schedule to the Court for expert discovery: 30 days prior to the completion of Fact Discovery (which includes fact witness depositions, written discovery, and nonparty discovery)** |
| --- | --- | --- |
| Last day to file letter requesting pre-motion conference in order to file dispositive motions and Daubert motions | 10 days after the completion of expert discovery (i.e. Thursday, December 10, 2026) | **10 days after the completion of expert discovery** |
| Deadline for submitting a proposal to the Court regarding next steps (including damages discovery) | 10 days after the Court issues an order on Defendant's anticipated liability summary judgment motion | **10 days after the Court issues an order on Defendant's anticipated liability summary judgment motion** |